IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:13-CV-98-BO

VAN FLEMMING, *et al.*, )
    Plaintiffs, )
)
v. )
)
PROSPECT MORTGAGE LLC, )
    Defendant. )

This cause comes before the Court on a joint status report filed by the parties following a decision by the Joint Panel on Multidistrict Litigation. [DE 29]. As defendant's motion for transfer of actions has been denied by the MDL Panel, the stay previously entered in this matter is hereby LIFTED. The case will proceed according to the scheduling order currently in effect. [DE 21].

SO ORDERED, this __7__ day of January, 2014.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE