IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 4:13-CV-98-BO

| | |
|---|---|
| VAN FLEMING, MELISSA MILLS-WHALEY, LOU SIVULKA, JAMES WAMPLER, AND JACQUELINE WAMPLER, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| PROSPECT MORTGAGE LLC, | )<br>) |
| Defendant. | ) |

## ORDER

Upon consideration of the Parties' Joint Notice of Settlement and Motion to Stay, and the entire record in this case,

IT IS HEREBY ORDERED that the Parties' Joint Motion is GRANTED; and

IT IS FURTHER ORDERED that this case, including the discovery and dispositive motion deadlines are hereby stayed pending settlement proceedings; and

IT IS FURTHER ORDERED that if any Plaintiff rejects his or her settlement offer, the Parties will notify this Court within 14 days.

SO ORDERED this 2 day of May, 2014.

Terrence Boyle
United States District Judge